**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| | ) | |
| LEVEL LEARNING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-04004-CV-C-BP |
| | ) | |
| v. | ) | |
| | ) | |
| TREVOR FOLEY and | ) | |
| MYLES STRID, individually and | ) | |
| in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO STAY DISCOVERY TEMPORARILY PENDING SETTLEMENT**

Plaintiff Level Learning and Defendants Trevor Foley and Myles Strid jointly move the Court to stay discovery temporarily until July 22, 2026, and to extend all other deadlines by a period of 60 days in light of an anticipated settlement of this matter. In support of this motion, the parties state as follows:

1. On June 2, 2026, the parties attended a second mediation pursuant to the Court's Later-Stage ADR under the MAP General Order. *See* Am. Designation of Neutral (Doc. 50).

2. At the mediation, the parties reached an agreement on key terms of a settlement, subject to approval by executive staff within the Missouri Department of Corrections ("MDOC") and negotiation of a final settlement agreement incorporating these key terms.

3. The parties need additional time to finalize this anticipated settlement and believe that a final settlement agreement can be executed by no later than July 22, 2026.

4. The current deadline for expert disclosures is July 31, the deadline for completion of discovery is August 28, and dispositive motions are due September 29. Level believes significant additional discovery would be required over the next few months if this case was to proceed. However, given the parties' agreement on key terms of settlement and their good-faith

belief that a final settlement agreement will be reached, a stay will best allow the parties to focus their efforts on resolution of this matter, avoid incurring unnecessary costs, and prevent prejudice to the parties' ability to conduct discovery if a final agreement cannot be reached.

5. The parties therefore request a stay of discovery through July 22, 2026, and to extend all deadlines in this matter by a period of 60 days.

6. The parties will notify the Court as soon as possible, and no later than July 29, 2026, whether settlement has been reached or if discovery should resume.

WHEREFORE, the parties respectfully request that the Court stay discovery through July 22, 2026, and extend all due dates in this matter by a period of 60 days to allow the parties to complete and execute a settlement agreement, and grant such further relief as the Court may deem just and proper under the circumstances.

Date: June 3, 2026

Respectfully submitted,

/s/ *Benjamin J. Wilson*
Lisa S. Hoppenjans, #63890MO
Benjamin J. Wilson, #63329MO
First Amendment Clinic
Washington University in St. Louis
 School of Law
MSC 1120-250-102
One Brookings Drive
St. Louis, MO 63130-4899
(314) 935-6040
lhoppenjans@wustl.edu
benwilson@wustl.edu

*Attorneys for Plaintiff*

/s/ *Bryce Tobin*
Bryce Tobin
Mo. Bar #75858
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(573) 821-1451
Bryce.Tobin@ago.mo.gov

*Attorney for Defendants*