# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

|  |  |  |
|---|---|---|
| LEVEL LEARNING, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-04004-CV-C-BP |
| | ) | |
| v. | ) | |
| | ) | |
| TREVOR FOLEY and | ) | |
| MYLES STRID, individually and | ) | |
| in their official capacities, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT AND MOTION TO STAY ALL CASE DEADLINES

Plaintiff Level Learning and Defendants Trevor Foley and Myles Strid jointly move the Court to stay discovery and all case deadlines in this latter until December 19, 2026, in light of an agreement to settle this matter. In support of this motion, the parties state as follows:

1. On June 2, 2026, the parties attended a second mediation pursuant to the Court's Later-Stage ADR under the MAP General Order. *See* Am. Designation of Neutral. Doc. 50.

2. At the mediation, the parties reached an agreement on key terms of a settlement, subject to approval by executive staff within the Missouri Department of Corrections ("MDOC") and negotiation of a final settlement agreement incorporating these key terms.

3. On June 3, 2026, the parties filed a joint motion to stay discovery for sixty days pending settlement. Doc. 52. This Court granted the motion that same day and ordered the parties to file a joint status report by no later than July 29, 2026. Doc. 53.

4. On July 15, 2026, the parties reached a settlement that includes an agreement by Defendants to implement certain changes to the policies and processes by which incarcerated individuals may order publications from outside vendors and a payment of certain costs. Due to

the workload associated with implementing these changes, the agreement provides Defendants with 150 days to implement the new policies and processes and to provide the payment. Upon confirmation by Defendants that the agreed upon changes have been implemented and Plaintiff's receipt of the payment, the parties will file a joint stipulation of dismissal with prejudice.

5.      To provide the parties with sufficient time to complete the steps necessary to effectuate the settlement agreement, the parties jointly request this Court to extend the stay of discovery and to stay all case deadlines to December 19, 2026, which is one week past the 150-day deadline for Defendants to provide confirmation they have implemented the agreed-upon changes. The parties do not request this stay for purposes of delay or any other improper purposes and believe in good faith that this stay will allow the parties to effectuate the settlement agreement and resolve this matter.

WHEREFORE, the parties respectfully request that the Court stay discovery and all case deadlines until December 19, 2026, and grant such further relief as the Court may deem just and proper under the circumstances.

Date: July 20, 2026

Respectfully submitted,

*/s/ Lisa S. Hoppenjans*
Lisa S. Hoppenjans, #63890MO
Benjamin J. Wilson, #63329MO
First Amendment Clinic
Washington University in St. Louis
  School of Law
MSC 1120-250-102
One Brookings Drive
St. Louis, MO 63130-4899
(314) 935-6040
lhoppenjans@wustl.edu
benwilson@wustl.edu

*Attorneys for Plaintiff*


/s/ *Bryce Tobin*
Bryce Tobin
Mo. Bar #75858
Assistant Attorney General
615 E. 13th Street, Suite 401
Kansas City, MO 64106
(573) 821-1451
Bryce.Tobin@ago.mo.gov

*Attorney for Defendants*